## Fredrick W. Sedgwick, Appellant, v. Rosalind Barnes Sedgwick, Appellee.

Gen. No. 42,814.

Heard

in the second division, first district, this court at the October term, 1943; opinion filed March 8, 1944; rehearing denied April 6, 1944. Francis J. Benda and Michael J. Ahern, for appellant; Casimir R. Wachowski, of counsel; John H. Lyle and Harry S. Ditchburne, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.